# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14162-MDC

GEORGE L KIX
ROBIN C KIX
5301 DOWNS RUN

PIPERSVILLE, PA 18947

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GEORGE L KIX
    ROBIN C KIX
    5301 DOWNS RUN

    PIPERSVILLE, PA 18947

**Counsel for debtor(s), by electronic notice only.**
    CANDYCE I SMITH-SKLAR
    1901 N OLDEN AVE
    SUITE 22
    EWING, NJ 08618

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                                      /s/ William C. Miller

Date: 8/16/2017

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee