# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14162-MDC

GEORGE L KIX
ROBIN C KIX
5301 DOWNS RUN

PIPERSVILLE, PA 18947

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GEORGE L KIX
    ROBIN C KIX
    5301 DOWNS RUN

    PIPERSVILLE, PA 18947

Counsel for debtor(s), by electronic notice only.

    CANDYCE I SMITH-SKLAR
    1901 N OLDEN AVE
    SUITE 22
    EWING, NJ 08618

Date: 3/27/2018

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee