UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

George L and Robin C Kix
        Debtor(s)

v.

William C. Miller Standing Chapter 13 Trustee, Creditor

In Re:
George L and Robin C Kix

Case No.: 17-14162-MDC

Judge: MDC

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one):**

1.   ☐    Motion for Relief from the Automatic Stay filed by _____, creditor.
A hearing has been scheduled for _____, at _____.

OR

☒    Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for  May 24, 2018 , at  9;30 AM .

☐    Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

☐    Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

2.     I am objecting to the above for the following reasons **(choose one):**

☐      Payments have been made in the amount of $____, but have not been accounted for. Documentation in support is attached hereto.

☐      Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):** _____

☒      Other **(explain your answer):** We will file a modify plan to address mortgage arrears since, debtors received a loan modification.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: May 11, 2018                  /s/George L and Robin C Kix
                                                    Debtor's Signature