**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     GEORGE KIX and, | : | |
|     ROBIN KIX | : | |
|         Debtor(s) | : | Case No.: 17-14162- (mdc) |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE (AMENDED)**

    Debtor(s), GEORGE KIX and ROBIN KIX, by and through their attorney Candyce I. Smith-Sklar, Esquire, have filed a Motion to Approve Loan Modification.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before **June 13, 2018** you or your attorney must do **all** of the following:

    (a) File an answer explaining your position at
        Clerk's Office
        United States Bankruptcy Court for
        The Eastern District of Pennsylvania
        Robert N.C. Nix, Sr. Federal Courthouse
        9th and Market Streets, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above: and

    (b) Mail a copy to the movant's attorney:

        Candyce I. Smith-Sklar, Esquire
        Law Offices of Sklar Smith-Sklar
        1901 N. Olden Avenue, Suite 22
        Ewing, New Jersey 08618
        (609) 882-9800    Fax: (609) 538-1399

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled for **June 19, 2018 at 10:30 AM** at the

        United States Bankruptcy Court for the Eastern District of Pennsylvania, located at the Robert N.C. Nix, Sr., Federal Courthouse, 9th and Market Streets, Courtroom 2, Philadelphia, Pennsylvania before the Honorable Magdeline D. Coleman, Judge, United States Bankruptcy Court for the Eastern District of Pennsylvania.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 25, 2018