# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     GEORGE KIX and, | : | |
|     ROBIN KIX | : | |
|         Debtor(s) | : | Case No.: 17-14162- (mdc) |

## MOTION TO APPROVE LOAN MODIFICATION

    Debtor(s), GEORGE KIX and ROBIN KIX, by and through their attorney Candyce I. Smith-Sklar, Esquire, hereby motion this honorable court for an Order approving Debtors' loan modification. Debtor(s) will rely on the attached certification in support of motion filed on May 23, 2018.

Date: June 18, 2018                          */s/Candyce I. Smith-Sklar, Esq.*
                                                          Candyce I. Smith-Sklar, Esq.
                                                           Attorney for Debtor(s)