LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
KEITH D. SKLAR, ESQ.
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   GEORGE and ROBIN KIX, | : | CHAPTER 13 |
| | : | Case No.:  17-14162(MDC) |
| | : | |
| Debtor(s) | : | **CERTIFICATE OF** |
| | : | **NO OBJECTION** |

I, CANDYCE I. SMITH-SKLAR, certify that a copy of the Motion to Approve Loan Modification, Certification, Order and Certificate of Service for the above captioned case were served on the appropriate parties named in the certificate of service by either electronic notice or by first class United States Mail more than twenty-one (21) days ago and that no objection has been received by me or filed with this honorable court.

**WHEREAS,** no objection has been received, Debtors by and through their attorney request an Order approving their Loan Modification.

Date:  June 18, 2018          */s/Candyce I. Smith- Sklar, Esq.*
                              Candyce I. Smith-Sklar, Esq.