# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| George L. Kix and Robin C. Kix, | : | |
| Debtors. | : | Bankruptcy No.   17-14162-MDC |

# **O R D E R**

**AND NOW**, this 20th day of June, 2018, it is hereby **ORDERED** that if George L. Kix and Robin C. Kix (the "Debtors") and Fay Servicing, LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Keith D. Sklar, Esquire
Candyce I. Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107