LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
(609) 882-9800  Fax:  (609) 538-1399
KEITH D. SKLAR, ESQ.
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  GEORGE KIX and | : | CHAPTER 13 |
| ROBIN KIX | : | Case No.:  17-14162-mdc |
| | : | |
| Debtor(s) | : | CERTIFICATE OF |
| | : | NO OBJECTION |

I, KEITH D. SKLAR, certify that a copy of an application for compensation for the above captioned case was served on the appropriate parties named in the certificate of service by either electronic notice or by first class United States Mail more than twenty-one (21) days ago and that no objection has been received by me or filed with this honorable court.

**WHEREFORE,** Debtor's attorney seeks an Order granting legal fees earned in the amount of $2947.00 to be paid by the Trustee as an administrative expense.

Date:  July 19, 2018          */s/Keith D. Sklar, Esq.*_____
                                              Keith D. Sklar, Esq.