LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
(609) 882-9800  Fax:  (609) 538-1399
KEITH D. SKLAR, ESQ.
ATTORNEY FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:  GEORGE KIX and | : | CHAPTER 13 |
|---|---|---|
| ROBIN KIX | : | Case No.:  17-14162-mdc |
|  | : |  |
| Debtor(s) | : | CERTIFICATE OF |
|  | : | NO OBJECTION |

I, KEITH D. SKLAR, certify that a copy of a Motion to Reclassify claim 4-1 to general unsecured was served on the appropriate parties named in the certificate of service by either electronic notice or by first class United States Mail more than twenty-one (21) days ago and that no objection has been received by me or filed with this honorable court.

**WHEREFORE,** Debtor's attorney seeks an Order reclassifying claim 4-1 to general unsecured.

Date:  November 19, 2018         */s/Keith D. Sklar, Esq.*_____
                                                 Keith D. Sklar, Esq.