## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robin C. Kix<br>         George L. Kix<br>                    Debtor(s) | CHAPTER 13 |
| FAY SERVICING, LLC, its successors and/or assigns<br>                    Movant<br>          vs.<br>Robin C. Kix<br>George L. Kix<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | NO. 17-14162 MDC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of FAY SERVICING, LLC, which was filed with the Court on or about **August 7, 2017; Docket No. 12**.

                                              Respectfully submitted,

                                    By: **/s/ Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322
                                            Attorney for Movant/Applicant

February 7, 2019