**JW BOND CONSULTANTS INC**
6023A KELLERS CHURCH ROAD
PIPERSVILLE PA 18947

0026-K005
ORG1:Lance Division
EE ID: 63    DD

| DATE | CHECK NO. |
|---|---|
| 11/23/2018 | 3545 |

PAY TO THE ORDER OF

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA 18947

Total Net Direct Deposit(s)
**$2890.00**
AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA 18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 11/03/18 to 11/16/18
Check Date: 11/23/18    Check #: 3545

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 2890.00 | 41858.59 |
| NET PAY | 2890.00 | 41858.59 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1980.77 | | 47480.79 |
| Bonus | | | 1912.50 | | 7474.57 |
| Total Hours | | | | | |
| Gross Earnings | | | 3893.27 | | 54955.36 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k ERMAT | 155.73 | 2198.20 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 240.72 | 3396.15 |
| Medicare | | 56.30 | 794.26 |
| Fed Income Tax | M 0 | 418.40 | 4816.65 |
| PA Income Tax | | 119.20 | 1681.63 |
| PA Unemploy | | 2.34 | 33.00 |
| PA PLMST-Buc In | | 38.83 | 547.76 |
| TOTAL | | 875.79 | 11269.45 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE | 116.80 | 1648.61 |
| Dental | 6.80 | 163.20 |
| Vision -Pretax | 3.88 | 15.51 |
| TOTAL | 127.48 | 1827.32 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2890.00 | 41858.59 |

Payrolls by Paychex, Inc.

0026 0026-K005  JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA 18947 • (215) 766-1990

JW BOND CONSULTANTS INC
6023A KELLERS CHURCH ROAD
PIPERSVILLE PA 18947

0026-K005
ORG1:Lance Division
EE ID: 63          DD

**DATE:** 11/09/2018  
**CHECK NO.:** 3537

**PAY TO THE ORDER OF**

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA 18947

Total Net Direct Deposit(s)
**$1517.28**
AMOUNT

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                               FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA 18947
Soc Sec #: xxx-xx-xxxx     Employee ID: 63

Home Department: Lance Division

Pay Period: 10/20/18 to 11/02/18
Check Date: 11/09/18     Check #: 3537

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1517.28 | 38968.59 |
| NET PAY | 1517.28 | 38968.59 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1980.77 | | 45500.02 |
| Bonus | | | | | 5562.07 |
| Total Hours | | | | | |
| Gross Earnings | | | 1980.77 | | 51062.09 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k ERMAT | 79.23 | 2042.47 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 122.14 | 3155.43 |
| Medicare | | 28.56 | 737.96 |
| Fed Income Tax | M 0 | 161.32 | 4398.25 |
| PA Income Tax | | 60.48 | 1562.43 |
| PA Unemploy | | 1.19 | 30.66 |
| PA PLMST-Buc In | | 19.70 | 508.93 |
| TOTAL | | 393.39 | 10393.66 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE | 59.42 | 1531.81 |
| Dental | 6.80 | 156.40 |
| Vision -Pretax | 3.88 | 11.63 |
| TOTAL | 70.10 | 1699.84 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1517.28 | 38968.59 |

Payrolls by Paychex, Inc.

0026 0026-K005   JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA 18947 • (215) 766-1990

| JW BOND CONSULTANTS INC | 0026-K005 | | |
|---|---|---|---|
| 6023A KELLERS CHURCH ROAD | ORG1:Lance Division | DATE | CHECK NO. |
| PIPERSVILLE PA 18947 | EE ID: 63    DD | 10/26/2018 | 3529 |

PAY TO THE ORDER OF    ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA 18947

Total Net Direct Deposit(s)
**$1820.41**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA 18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 10/06/18 to 10/19/18
Check Date: 10/26/18    Check #: 3529

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1820.41 | 37451.31 |
| NET PAY | 1820.41 | 37451.31 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1980.77 | | 43519.25 |
| Bonus | | | 416.00 | | 5562.07 |
| Total Hours | | | | | |
| Gross Earnings | | | 2396.77 | | 49081.32 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**    *Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k ERMAT | 95.87 | 1963.24 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 147.70 | 3033.29 |
| Medicare | | 34.54 | 709.40 |
| Fed Income Tax | M 0 | 209.28 | 4236.93 |
| PA Income Tax | | 73.13 | 1501.95 |
| PA Unemploy | | 1.44 | 29.47 |
| PA PLMST-Buc In | | 23.82 | 489.23 |
| TOTAL | | 489.91 | 10000.27 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE | 71.90 | 1472.39 |
| Dental | 6.80 | 149.60 |
| Vision -Pretax | 7.75 | 7.75 |
| TOTAL | 86.45 | 1629.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1820.41 | 37451.31 |

Payrolls by Paychex, Inc.

0026 0026-K005   JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA  18947 • (215) 766-1990

JW BOND CONSULTANTS INC
6023A KELLERS CHURCH ROAD
PIPERSVILLE PA  18947

0026-K005
ORG1:Lance Division
EE ID: 63     DD

DATE: 10/12/2018     CHECK NO.: 3520

PAY TO THE ORDER OF

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA  18947

Total Net Direct Deposit(s)
**$1520.22**
AMOUNT

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA  18947
Soc Sec #: xxx-xx-xxxx     Employee ID: 63

Home Department: Lance Division

Pay Period: 09/22/18 to 10/05/18
Check Date: 10/12/18     Check #: 3520

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1520.22 | 35630.90 |
| **NET PAY** | **1520.22** | **35630.90** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1980.77 | | 41538.48 |
| Bonus | | | ——— | | 5146.07 |
| Total Hours | | | | | |
| Gross Earnings | | | 1980.77 | | 46684.55 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k ERMAT | 79.23 | 1867.37 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 122.39 | 2885.59 |
| Medicare | | 28.63 | 674.86 |
| Fed Income Tax | M 0 | 161.78 | 4027.65 |
| PA Income Tax | | 60.60 | 1428.82 |
| PA Unemploy | | 1.19 | 28.03 |
| PA PLMST-Buc In | | 19.74 | 465.41 |
| **TOTAL** | | **394.33** | **9510.36** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE | 59.42 | 1400.49 |
| Dental | 6.80 | 142.80 |
| **TOTAL** | **66.22** | **1543.29** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1520.22 | 35630.90 |

Payrolls by Paychex, Inc.

0026  0026-K005   JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA  18947 • (215) 766-1990

| | |
|---|---|
| JW BOND CONSULTANTS INC<br>6023A KELLERS CHURCH ROAD<br>PIPERSVILLE PA 18947 | 0026-K005<br>ORG1:Lance Division<br>EE ID: 63    DD |

| DATE | CHECK NO. |
|---|---|
| 09/28/2018 | 3511 |

**Total Net Direct Deposit(s)**
**\*\*$1770.41\*\***

**VOID**    AMOUNT

PAY TO THE ORDER OF

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA  18947

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

⬆ FOLD AND REMOVE                                                                                                    FOLD AND REMOVE ⬆

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA  18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 09/08/18 to 09/21/18
Check Date: 09/28/18    Check #: 3511

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1770.41 | 34110.68 |
| **NET PAY** | **1770.41** | **34110.68** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1980.77 | | 39557.71 |
| | Bonus | | | 340.00 | | 5146.07 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 2320.77 | | 44703.78 |
| | Total Hrs Worked | | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | 401k ERMAT | 92.83 | 1788.14 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 143.46 | 2763.20 |
| | Medicare | | 33.55 | 646.23 |
| | Fed Income Tax | M 0 | 201.36 | 3865.87 |
| | PA Income Tax | | 71.04 | 1368.22 |
| | PA Unemploy | | 1.39 | 26.84 |
| | PA PLMST-Buc In | | 23.14 | 445.67 |
| | **TOTAL** | | **473.94** | **9116.03** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE | 69.62 | 1341.07 |
| | Dental | 6.80 | 136.00 |
| | **TOTAL** | **76.42** | **1477.07** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1770.41 | 34110.68 |

Payrolls by Paychex, Inc.

0026 0026-K005   JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA  18947 • (215) 766-1990

**Direct Deposit**

| Date | Amount |
|---|---|
| 11/16/2018 | ************ $93.81 |

| Account | T | Amount |
|---|---|---|
| 3843 | C | 93.81 |

**This Is A Non-Negotiable Direct Deposit Voucher - DO NOT CASH**

**SPRING MILL COUNTRY CLUB Employee Pay Stub**  Paid Date: 11/16/2018  Direct Deposit
05191 - KIX, ROBIN C  Pay Period: 10/29/2018 - 11/11/2018

Company Notes:
Employee Notes:

| Department | Income | Rate | Cur Hrs | Cur Amt | YTD Hrs | YTD Amt | Description | Cur Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|
| 830 - WAITER/WAITRESS B-MA | Regular Pay | 13.00 | 8.25 | 107.25 | 94.25 | 1,225.25 | Gross Pay | 107.25 | 1,255.88 |
| 855 - TRAINING DEPARTMENT | Regular Pay | --- | 0.00 | 0.00 | 8.75 | 30.63 | OASDI | 6.65 | 77.87 |
| | | | | | | | Medicare | 1.56 | 18.24 |
| | | | | | | | State Tax | 3.29 | 38.52 |
| | | | | | | | PA BEDMINSTER | 1.88 | 21.99 |
| | | | | | | | PAUC | 0.06 | 0.73 |
| | | | | | | | Direct Deposits | 93.81 | 1,098.53 |
| | TOTALS: | | 8.25 | 107.25 | 103.00 | 1,255.88 | Net Pay | 93.81 | 1,098.53 |

**Direct Deposit**

| Date | Amount |
|---|---|
| 10/19/2018 | ************ $73.91 |

| Account | T | Amount |
|---|---|---|
| 3843 | C | 73.91 |

**This Is A Non-Negotiable Direct Deposit Voucher - DO NOT CASH**

**SPRING MILL COUNTRY CLUB Employee Pay Stub**  Paid Date: 10/19/2018  Direct Deposit
05191 - KIX, ROBIN C   Pay Period: 10/1/2018 - 10/14/2018

Company Notes:
Employee Notes:

| Department | Income | Rate | Cur Hrs | Cur Amt | YTD Hrs | YTD Amt | Description | Cur Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|
| 830 - WAITER/WAITRESS B-MA | Regular Pay | 13.00 | 6.50 | 84.50 | 77.75 | 1,010.75 | Gross Pay | 84.50 | 1,010.75 |
| | | | | | | | OASDI | 5.24 | 62.67 |
| | | | | | | | Medicare | 1.23 | 14.68 |
| | | | | | | | State Tax | 2.59 | 31.00 |
| | | | | | | | PA BEDMINSTER | 1.48 | 17.70 |
| | | | | | | | PAUC | 0.05 | 0.59 |
| | | | | | | | Direct Deposits | 73.91 | 884.11 |
| | TOTALS: | | 6.50 | 84.50 | 77.75 | 1,010.75 | Net Pay | 73.91 | 884.11 |

**Direct Deposit**

| Date | Amount |
|---|---|
| 9/21/2018 | ************ $85.28 |

| Account | T | Amount |
|---|---|---|
| 3843 | C | 85.28 |

**This Is A Non-Negotiable Direct Deposit Voucher - DO NOT CASH**

**SPRING MILL COUNTRY CLUB** Employee Pay Stub  Paid Date: 9/21/2018  Direct Deposit
05191 - KIX, ROBIN C  Pay Period: 9/3/2018 - 9/16/2018

Company Notes:
Employee Notes:

| Department | Income | Rate | Cur Hrs | Cur Amt | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|---|
| 830 - WAITER/WAITRESS B-MA | Regular Pay | 13.00 | 7.50 | 97.50 | 71.25 | 926.25 |
| TOTALS: | | | 7.50 | 97.50 | 71.25 | 926.25 |

| Description | Cur Amt | YTD Amt |
|---|---|---|
| Gross Pay | 97.50 | 926.25 |
| OASDI | 6.05 | 57.43 |
| Medicare | 1.41 | 13.45 |
| State Tax | 2.99 | 28.41 |
| PA BEDMINSTER | 1.71 | 16.22 |
| PAUC | 0.06 | 0.54 |
| Direct Deposits | 85.28 | 810.20 |
| Net Pay | 85.28 | 810.20 |