# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  GEORGE and ROBIN KIX         :      Chapter 13
                                     :
                                     :
                                     :
                                     :
            Debtor                   :      Bankruptcy No. 17-14162(MDC)

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN A ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8)AND (a)(9)**

I, MICHAEL RICHARDSON, upon my oath according to law, hereby certify as fallows in connection with the confirmation hearing scheduled for  February 14, 2019 , in the above-referenced case:

1. The above-named debtor(s) is/are current with all post-petition obligations.

2. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the Information herein changes, and updated Certification will be provided to the Standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and Supplied answers consistent with this Certification.

DATED: February 12, 2019                    BY: */s/Keith D. Sklar, Esq.*