| | | |
|---|---|---|
| JW BOND CONSULTANTS INC<br>6023A KELLERS CHURCH ROAD<br>PIPERSVILLE PA 18947 | 0026-K005<br>ORG1:Lance Division<br>EE ID: 63    DD | 11/23/2018    3545<br>DATE    CHECK NO. |

PAY TO THE ORDER OF

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA  18947

Total Net Direct Deposit(s)
**$2890.00**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA 18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 11/03/18 to 11/16/18
Check Date: 11/23/18    Check #: 3545

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 2890.00 | 41858.59 |
| NET PAY | 2890.00 | 41858.59 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1980.77 | | 47480.79 |
| | Bonus | | | 1912.50 | | 7474.57 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 3893.27 | | 54955.36 |
| | Total Hrs Worked | | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | 401k ERMAT | 155.73 | 2198.20 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 240.72 | 3396.15 |
| | Medicare | | 56.30 | 794.26 |
| | Fed Income Tax | M 0 | 418.40 | 4816.65 |
| | PA Income Tax | | 119.20 | 1681.63 |
| | PA Unemploy | | 2.34 | 33.00 |
| | PA PLMST-Buc In | | 38.83 | 547.76 |
| | TOTAL | | 875.79 | 11269.45 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k EE | 116.80 | 1648.61 |
| | Dental | 6.80 | 163.20 |
| | Vision -Pretax | 3.88 | 15.51 |
| | TOTAL | 127.48 | 1827.32 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 2890.00 | 41858.59 |

Payrolls by Paychex, Inc.

0026 0026-K005    JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA  18947 • (215) 766-1990

**JW BOND CONSULTANTS INC**
6023A KELLERS CHURCH ROAD
PIPERSVILLE PA 18947

0026-K005
ORG1:Lance Division
EE ID: 63    DD

| DATE | CHECK NO. |
|---|---|
| 11/09/2018 | 3537 |

PAY TO THE ORDER OF

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA 18947

Total Net Direct Deposit(s)
**$1517.28**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA 18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 10/20/18 to 11/02/18
Check Date: 11/09/18    Check #: 3537

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1517.28 | 38968.59 |
| NET PAY | 1517.28 | 38968.59 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1980.77 | | 45500.02 |
| Bonus | | | | | 5562.07 |
| Total Hours | | | | | |
| Gross Earnings | | | 1980.77 | | 51062.09 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k ERMAT | 79.23 | 2042.47 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 122.14 | 3155.43 |
| Medicare | | 28.56 | 737.96 |
| Fed Income Tax | M 0 | 161.32 | 4398.25 |
| PA Income Tax | | 60.48 | 1562.43 |
| PA Unemploy | | 1.19 | 30.66 |
| PA PLMST-Buc In | | 19.70 | 508.93 |
| TOTAL | | 393.39 | 10393.66 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE | 59.42 | 1531.81 |
| Dental | 6.80 | 156.40 |
| Vision -Pretax | 3.88 | 11.63 |
| TOTAL | 70.10 | 1699.84 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1517.28 | 38968.59 |

Payrolls by Paychex, Inc.

0026 0026-K005    JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA 18947 • (215) 766-1990

**JW BOND CONSULTANTS INC**
6023A KELLERS CHURCH ROAD
PIPERSVILLE PA 18947

0026-K005
ORG1:Lance Division
EE ID: 63    DD

| DATE | CHECK NO. |
|---|---|
| 10/26/2018 | 3529 |

PAY TO THE ORDER OF

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA 18947

Total Net Direct Deposit(s)
**$1820.41**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA 18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 10/06/18 to 10/19/18
Check Date: 10/26/18    Check #: 3529

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1820.41 | 37451.31 |
| NET PAY | 1820.41 | 37451.31 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1980.77 | | 43519.25 |
| Bonus | | | 416.00 | | 5562.07 |
| Total Hours | | | | | |
| Gross Earnings | | | 2396.77 | | 49081.32 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k ERMAT | 95.87 | 1963.24 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 147.70 | 3033.29 |
| Medicare | | 34.54 | 709.40 |
| Fed Income Tax | M 0 | 209.28 | 4236.93 |
| PA Income Tax | | 73.13 | 1501.95 |
| PA Unemploy | | 1.44 | 29.47 |
| PA PLMST-Buc In | | 23.82 | 489.23 |
| TOTAL | | 489.91 | 10000.27 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE | 71.90 | 1472.39 |
| Dental | 6.80 | 149.60 |
| Vision -Pretax | 7.75 | 7.75 |
| TOTAL | 86.45 | 1629.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1820.41 | 37451.31 |

Payrolls by Paychex, Inc.

0026 0026-K005   JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA 18947 • (215) 766-1990

```
JW BOND CONSULTANTS INC              0026-K005
6023A KELLERS CHURCH ROAD            ORG1:Lance Division         10/12/2018      3520
PIPERSVILLE PA  18947                EE ID: 63      DD           DATE          CHECK NO.
```

PAY TO THE ORDER OF

ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA  18947

Total Net Direct Deposit(s)
**$1520.22**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

VOID

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                            FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA  18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 09/22/18 to 10/05/18
Check Date: 10/12/18    Check #: 3520

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1520.22 | 35630.90 |
| **NET PAY** | **1520.22** | **35630.90** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1980.77 | | 41538.48 |
| | Bonus | | | | | 5146.07 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1980.77 | | 46684.55 |
| | Total Hrs Worked | | | | | |

| OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Do not increase Net Pay | | | | | | |
| | 401k ERMAT | | | 79.23 | | 1867.37 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 122.39 | | 2885.59 |
| | Medicare | | | 28.63 | | 674.86 |
| | Fed Income Tax | M 0 | | 161.78 | | 4027.65 |
| | PA Income Tax | | | 60.60 | | 1428.82 |
| | PA Unemploy | | | 1.19 | | 28.03 |
| | PA PLMST-Buc In | | | 19.74 | | 465.41 |
| | **TOTAL** | | | **394.33** | | **9510.36** |

| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | 401k EE | | | 59.42 | | 1400.49 |
| | Dental | | | 6.80 | | 142.80 |
| | **TOTAL** | | | **66.22** | | **1543.29** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1520.22 | 35630.90 |

Payrolls by Paychex, Inc.

0026  0026-K005    JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA  18947 • (215) 766-1990

| JW BOND CONSULTANTS INC<br>6023A KELLERS CHURCH ROAD<br>PIPERSVILLE PA 18947 | 0026-K005<br>ORG1:Lance Division<br>EE ID: 63    DD | DATE 09/28/2018 | CHECK NO. 3511 |
|---|---|---|---|

PAY TO THE ORDER OF  ROBIN KIX
5301 DOWNS RUN
PIPERSVILLE PA 18947

Total Net Direct Deposit(s)
**$1770.41**
AMOUNT    VOID

VOID THIS IS NOT A CHECK ................................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                             FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Robin Kix
5301 Downs Run
Pipersville, PA 18947
Soc Sec #: xxx-xx-xxxx    Employee ID: 63

Home Department: Lance Division

Pay Period: 09/08/18 to 09/21/18
Check Date: 09/28/18    Check #: 3511

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3843 | 1770.41 | 34110.68 |
| **NET PAY** | **1770.41** | **34110.68** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1980.77 | | 39557.71 |
| Bonus | | | 340.00 | | 5146.07 |
| Total Hours | | | | | |
| Gross Earnings | | | 2320.77 | | 44703.78 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k ERMAT | 92.83 | 1788.14 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 143.46 | 2763.20 |
| Medicare | | 33.55 | 646.23 |
| Fed Income Tax | M 0 | 201.36 | 3865.87 |
| PA Income Tax | | 71.04 | 1368.22 |
| PA Unemploy | | 1.39 | 26.84 |
| PA PLMST-Buc In | | 23.14 | 445.67 |
| **TOTAL** | | **473.94** | **9116.03** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k EE | 69.62 | 1341.07 |
| Dental | 6.80 | 136.00 |
| **TOTAL** | **76.42** | **1477.07** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1770.41 | 34110.68 |

Payrolls by Paychex, Inc.

0026 0026-K005    JW Bond Consultants Inc • 6023A Kellers Church Road • Pipersville PA 18947 • (215) 766-1990

**Direct Deposit**

| Date | Amount |
|---|---|
| 11/16/2018 | ************ $93.81 |

| Account | T | Amount |
|---|---|---|
| 3843 | C | 93.81 |

*This Is A Non-Negotiable Direct Deposit Voucher - DO NOT CASH*

**SPRING MILL COUNTRY CLUB Employee Pay Stub**  Paid Date: 11/16/2018  Direct Deposit
05191 - KIX, ROBIN C  Pay Period: 10/29/2018 - 11/11/2018

Company Notes:
Employee Notes:

| Department | Income | Rate | Cur Hrs | Cur Amt | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|---|
| 830 - WAITER/WAITRESS B-MA | Regular Pay | 13.00 | 8.25 | 107.25 | 94.25 | 1,225.25 |
| 855 - TRAINING DEPARTMENT | Regular Pay | --- | 0.00 | 0.00 | 8.75 | 30.63 |
| TOTALS: | | | 8.25 | 107.25 | 103.00 | 1,255.88 |

| Description | Cur Amt | YTD Amt |
|---|---|---|
| Gross Pay | 107.25 | 1,255.88 |
| OASDI | 6.65 | 77.87 |
| Medicare | 1.56 | 18.24 |
| State Tax | 3.29 | 38.52 |
| PA BEDMINSTER | 1.88 | 21.99 |
| PAUC | 0.06 | 0.73 |
| Direct Deposits | 93.81 | 1,098.53 |
| Net Pay | 93.81 | 1,098.53 |

**Direct Deposit**

| Date | Amount |
|---|---|
| 10/19/2018 | ************ $73.91 |

| Account | T | Amount |
|---|---|---|
| 3843 | C | 73.91 |

**This Is A Non-Negotiable Direct Deposit Voucher - DO NOT CASH**

**SPRING MILL COUNTRY CLUB** Employee Pay Stub    Paid Date: 10/19/2018    Direct Deposit
05191 - KIX, ROBIN C    Pay Period: 10/1/2018 - 10/14/2018

Company Notes:
Employee Notes:

| Department | Income | Rate | Cur Hrs | Cur Amt | YTD Hrs | YTD Amt | Description | Cur Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|
| 830 - WAITER/WAITRESS B-MA | Regular Pay | 13.00 | 6.50 | 84.50 | 77.75 | 1,010.75 | Gross Pay | 84.50 | 1,010.75 |
| | | | | | | | OASDI | 5.24 | 62.67 |
| | | | | | | | Medicare | 1.23 | 14.68 |
| | | | | | | | State Tax | 2.59 | 31.00 |
| | | | | | | | PA BEDMINSTER | 1.48 | 17.70 |
| | | | | | | | PAUC | 0.05 | 0.59 |
| | | | | | | | Direct Deposits | 73.91 | 884.11 |
| | TOTALS: | | 6.50 | 84.50 | 77.75 | 1,010.75 | Net Pay | 73.91 | 884.11 |

**Direct Deposit**

| Date | Amount |
|---|---|
| 9/21/2018 | ************ $85.28 |

| Account | T | Amount |
|---|---|---|
| 3843 | C | 85.28 |

**This Is A Non-Negotiable Direct Deposit Voucher - DO NOT CASH**

**SPRING MILL COUNTRY CLUB Employee Pay Stub**  Paid Date: 9/21/2018  Direct Deposit
05191 - KIX, ROBIN C  Pay Period: 9/3/2018 - 9/16/2018

Company Notes:
Employee Notes:

| Department | Income | Rate | Cur Hrs | Cur Amt | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|---|
| 830 - WAITER/WAITRESS B-MA | Regular Pay | 13.00 | 7.50 | 97.50 | 71.25 | 926.25 |
| TOTALS: | | | 7.50 | 97.50 | 71.25 | 926.25 |

| Description | Cur Amt | YTD Amt |
|---|---|---|
| Gross Pay | 97.50 | 926.25 |
| OASDI | 6.05 | 57.43 |
| Medicare | 1.41 | 13.45 |
| State Tax | 2.99 | 28.41 |
| PA BEDMINSTER | 1.71 | 16.22 |
| PAUC | 0.06 | 0.54 |
| Direct Deposits | 85.28 | 810.20 |
| Net Pay | 85.28 | 810.20 |