Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq.
Attorney for Debtor(s) George L. and Robin C. Kix

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 17-14162 (MDC) |
| | } | Chapter 13 |
| George L. and Robin C. Kix | } | |
| | } | |
| | } | |
| **Debtor(s)** | } | |

## MOTION TO REDUCE/MODIFY/EXPUNGE CLAIMS

    Debtors, George L. and Robin C. Kix, by and through their attorney hereby files this Motion to Reduce claim 9-1 filed by PNC N.A. for the reasons set forth in the attached certification. Debtors seek an Order from this Honorable Court reducing claim 9-1.

Dated: February 12, 2019               */s/Keith D. Sklar, Esq.*
                                                            Keith D. Sklar, Esq.
                                                            Attorney for Debtors

Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq.
Attorney for Debtor(s) George L. and Robin C. Kix

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 17-14162 (MDC) |
| | } | Chapter 13 |
| George L. and Robin C. Kix | } | |
| | } | |
| | } | |
| **Debtor(s)** | } | |

**CERTIFICATION OF DEBTORS IN SUPPORT OF
NOTICE OF MOTION TO REDUCE/MODIFY/EXPUNGE CLAIMS**

George L. and Robin C. Kix, hereby depose and certify as follows:

1. We are the Debtors in the above captioned matter.  We are making this Certification in support of the Motion to Reduce Claim No. 9-1 of PNC BANK, N.A..

2. We have reviewed the Claims Register with our attorney in this matter.

3. It appears from a review of the Claims Register that the Claim No. 9-1 filed by PNC Bank, N.A. should be reduced and/or modified.

4. On August 7, 2017, PNC Bank, N.A. filed a secured claim in the amount of $28,847.27.  This claim, however, is not consistent with the actual amount owed.  We made our last payment to PNC Bank on September 30, 2015 and subsequently filed bankruptcies, the most recent of which is this case.

5. Our monthly payment to PNC Bank, N.A. is $80.70/month.  That means as the filing of this motion we have pre and post petition arrears totaling $3,308.70 and not $28,847.27 which is the total amount of the loan not arrears.

6. In light of the foregoing facts, PNC Bank, N.A.'s claim should be reduced to $3,308.70.

We hereby certify that the foregoing statements made by us are true.  We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

|  |  |
|---|---|
| Dated: February 12, 2019 | */s/George L. Kix*<br>George L. Kix, Debtor |
| Dated: February 12, 2019 | */s/Robin C. Kix*<br>Robin C. Kix, Debtor |

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     GEORGE AND ROBIN KIX, | : | |
| | : | |
|     Debtor(s) | : | Case No.: 17-14162-MDC |

**ORDER**

**AND NOW** this _____ day of _____, 2019 and for good cause having been shown, it is hereby **ORDERED** and **DECREED:**

That Debtors' Motion to Reduce claim 9-1 filed by PNC Bank, N.A. is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay PNC N.A. the sum of $3,308.70 pro rata through the Debtor's Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN, U.S.B.J
EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| GEORGE AND ROBIN KIX, | : | |
| | : | |
| Debtor(s) | : | Case No.: 17-14162-MDC |

**CERTIFICATE OF SERVICE**

I, KEITH D. SKLAR, ESQUIRE, do solemnly affirm that I caused to be served on the party(ies) below and true and correct copy of this Motion and Proposed Order by either United States Mail, First Class in a pre-paid postage envelope or by the court's ECF system:

William C. Miller, Esq.                     PNC Bank, N.A.
Standing Chapter 13 Trustee            PO BOX 94982
1234 Market Street, 18th Floor          Cleveland, OH 44101
Philadelphia, PA 19107                    Attn: Judy Borkey

George and Robin Kix
5301 Downs Run
Pipersville, PA 18947

Creditor Matrix


Dated: 2/12/19                              */s/ Keith D. Sklar, Esq.*
                                                   Keith D. Sklar, Esq.
                                                   Attorney for Debtor, GEORGE AND ROBIN KIX

Abington Emergeny Physician
56 W. Main Street  STE 305
Newark, DE 19702


Ally Financial
Attn: Bankruptcy
Po Box 130424
Roseville, MN 55113


American Eagle GECRB
Ge Capital Retail Bank/Attention: Bankru
Po Box 103104
Roswell, GA 30076


Arcadia Recovery Bureau, LLC
PO Box 6768
Reading, PA 19610


Bk Of Amer
Po Box 982235
El Paso, TX 79998


Bloomingdale's/Bankruptcy Processing
PO Box 8053
Mason, OH 45040


Brown & Joseph
PO Box 59838
Schaumburg, IL 60159


Cap1/bontn
Po Box 30253
Salt Lake City, UT 84130


Cap1/bstby
P.O. Box 790441
Saint Louis, MO 63179

Cap1/bstby
Po Box 30253
Salt Lake City, UT 84130


Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130


Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206


Central Bucks Ambulance and Rescue Unit
PO Box 535
Baldwinsville, NY 13027


Chase
P.o. Box 15298
Wilmington, DE 19850


Chase - Toys R Us
Chase Card Svcs/Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195


Comenity Bank/bon Ton
3100 Easton Square Pl
Columbus, OH 43219

```
Comenity Bank/Limited Too
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218


Comenity Bank/pier 1
4590 E Broad St
Columbus, OH 43213


Comenity Bank/vctrssec
P.O. Box 182125
Columbus, OH 43218


Commercial Collection Corp. of NY
34 Seymour St
Tonawanda, NY 14150


Credit First, N.A
Bk13 Credit Operations
Po Box 81344
Cleveland, OH 44188


Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181


Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850


Doylestown Emergency Assoc.
P.O. Box 826677
Philadelphia, PA 19182


Doylestown Emergency Associates PC
PO Box 3012
Wilmington, DE 19804
```

Doylestown Hospital
595 West State Street
Doylestown, PA 18901


Doylestown, Emergency Assoc. PC
PO Box 3012
Wilmington, DE 19804


Dsnb Bloomingdales
Macy's Bankruptcy Dept.
Po Box 8053
Mason, OH 45040


Dsnb Macys
Po Box 17759
Clearwater, FL 33762


Edward N. Flail, Jr., Esq.
10 Harrow Circle
Wayne, PA 19087


Fay Servicing
Attn: Bankruptcy Depart
440 S. LaSalle Street, STE. 2000
Chicago, IL 60605


Freedom Cu
626 Jacksonville Rd Ste
Warminster, PA 18974


GECRB/ Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076


GECRB/ PayPal Buyer credit
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

```
GECRB/American Eagle
Attn:Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/Care Credit
Attn: bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/Lens Crafters
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/Lowes
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076


Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179


Hsbc/Bon Ton
Attention: HSBC Retail Services
Po Box 5264
Carol Stream, IL 60197


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101
```

```
Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Marvic Supply Co., Inc
c/o Edward N. Flail, Jr
10 Harrow Circle
Wayne, PA 19087


Marvic Supply Company, iNc
4083 Swamp Road
PO Box 1290
Doylestown, PA 18901


NCB Management Services Incorporated
P.O. Box 1099
Langhorne, PA 19047


OLd Navy/GECRB
PO Box 530942
Atlanta, GA 30353


Old Navy/Synchrony Bank
PO Box 530942
Atlanta, GA 30353


PA Dept of Transportation
Damage Recovery Unit
P.O. Box 2857
Harrisburg, PA 17105


Penndel-Middletown Emergency Squad
616 E Lincoln Hwy
Langhorne, PA 19047
```

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128


PHysician Billing-PB CHop
Lock Box 8017
PO Box 8500
Philadelphia, PA 19178


Pnc Bank
Attn: Bankruptcy
2730 Liberty Ave
Pittsburgh, PA 15222


PNC Bank
PO Box 3180
Pittsburgh, PA 15222


Pnc Bank, N.a.
Po Box 3180
Pittsburgh, PA 15230


Point Pleasant-Plumsteadville EMS
Billing Office
PO Box 726
New Cumberland, PA 17070


Prsm/cbna
Po Box 6497
Sioux Falls, SD 57117


R"US Credit Cards/GECRB
P.O. Box 965016
Orlando, FL 32896


Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

```
Syncb/toysrus
Po Box 965005
Orlando, FL 32896



Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440



Td Banknorth Maine
Td Bank/Attn: Bankruptcy
Po Box 1377
Lewiston, ME 04243



Trac/cbsd
Po Box 6500
Sioux Falls, SD 57117



Trico Lift
418 Southgate Court
Mickleton, NJ 08056



Valley National Bank
747 Chestnut Ridge Road-Suite 201
Spring Valley, NY 10977



VNB Loan Services, Inc.
PO Box 1015
Spring Valley, NY 10977



Wayne Bank
717 Main Street
Honesdale, PA 18431



Wehrung's Lumber and Home
7711 Easton Road
PO Box 550
Ottsville, PA 18942
```

```
Wellsfargo
8600 W 159th St Suite 11
Orland Park, IL 60462


Wffinance
8600 W 159th St Suite 11
Orland Park, IL 60462


Zale/cbsd
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195
```