## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :        Chapter 13

    GEORGE AND ROBIN KIX,        :

                                                         :

            Debtor(s)         :        Case No.: 17-14162-MDC

### ORDER

**AND NOW** this _____ day of _____, 2019 and for good cause having been shown, it is hereby **ORDERED** and **DECREED**:

That Debtors' Motion to Objecting to claim 9-1 filed by PNC Bank, N.A. is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that PNC Bank, N.A. be reclassified as a general unsecured creditor.

_____
MAGDELINE D. COLEMAN, U.S.B.J
EASTERN DISTRICT OF PENNSYLVANIA