United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-14162-mdc
George L Kix                                                    Chapter 13
Robin C Kix
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: DonnaR              Page 1 of 1          Date Rcvd: Apr 17, 2019
                             Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
```
db/jdb         +George L Kix,    Robin C Kix,    5301 Downs Run,    Pipersville, PA 18947-1139
13935039       +PNC Bank,    PO Box 1366,    Centralized Customer Assistance Team,    Pittsburgh, PA 15230-1366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
```
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              BRETT ALAN SOLOMON    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CANDYCE I. SMITH-SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              CANDYCE I. SMITH-SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              JILLIAN NOLAN SNIDER    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              KEITH D. SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,    r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Plaintiff George L Kix mail@njpalaw.com,    r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Plaintiff Robin C Kix mail@njpalaw.com,    r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              KEVIN M. BUTTERY    on behalf of    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL
               ASSOCIATION, AS LEGAL TITLE TRUSTEE kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Prof-2013-S3 Legal Title Trust II, et al
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 16
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 17-14162-MDC |
| GEORGE L. KIX AND ROBIN C. KIX, | : | Chapter 13 |
| Debtor(s). | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | Related to Doc. No. 11 |
| Movant, | : | |
| v. | : | |
| GEORGE L. KIX AND ROBIN C. KIX, | : | |
| Respondent(s). | : | |

**ORDER RESTRICTING PUBLIC ACCESS**

AND NOW, this  16th  day of _____April_____, 2019, upon consideration of the Motion to Redact and Request to Restrict Public Access filed by PNC Bank, National Association, the Court hereby ORDERS, ADJUDGES, and DECREES that the Motion is **GRANTED**, and public access to Exhibit C of Doc. No. 11 shall be restricted.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
United States Bankruptcy Judge