UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| George L. Kix and Robin C. Kix, | : | |
| Debtors. | : | Bankruptcy No.  17-14162-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access to Objection to Confirmation of Plan (Docket No. 11) (the "Motion") filed by PNC Bank, National Association.

**AND**, the Court concluding that Exhibit C attached to the Motion fails to comply with Fed. R. Bankr. P. 9037.

It is therefore **ORDERED** that:

1.  This Motion is **GRANTED**.

2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Docket No. 11 forthwith**.

3.  **PNC Bank, National Association** shall file redacted copies of the document(s) identified in Paragraph 2 above on or before **May 17, 2019**.

Dated:  May 2, 2019

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Jillian Nolan Snider, Esquire
Brett A. Solomon, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Keith D. Sklar, Esquire
Candyce I. Smith-Sklar
Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107