

OLD REPUBLIC SERVICING SOLUTIONS

# Comparative Market Analysis

***For the property located at:***
5301 DOWNS RUN
PIPERSVILLE, PA 18947

Reference #[redacted]

Old Republic Servicing Solutions | PO Box 250 | Orange, CA 92856-6250

This document is provided solely for the use of the customer who placed this order. This document is not an appraisal, is not intended as any guarantee of value and/or condition of the subject property, and should not be relied on as such. Old Republic's sole liability for any loss suffered by the customer as a result of customer's use of this report shall be to promptly refund the total fee paid by the customer for this report or to replace it at no charge, but in no event shall Old Republic be responsible for any other damages whatsoever including, but not limited to, special, exemplary, indirect or consequential damages. There are no warranties, express or implied, made in connection with this document, except where required by law. This Comparative Market Analysis is being provided to you for the purpose of determining the asking/offering price for the property or for the purpose of securing a listing agreement. This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

Old Republic Servicing Solutions
P.O. Box 250
Orange, CA 92856
ORSS_Valuations_NewClient@oldrepublictitle.com
orss.quandis.com
Phone: 714-385-3500

**OLD REPUBLIC SERVICING SOLUTIONS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Loan #:** | [redacted] | **Borrower:** | KIX,GEORGE L | | | | |
| **Address:** | 5301 DOWNS RUN | **City:** | PIPERSVILLE | **State:** | PA | **Zip:** | 18947 |
| **Agent:** | Richard Mont | **Company:** | Company | **Phone:** | (215)804-8877 | | |
| **Email:** | rich.mont@comcast.net | **Prox. to subject:** | 16.93 miles | **CMA Completed Date:** | 6/23/2017 | | |

| | As Is | Repaired |
|---|---|---|
| **Probable Sale Price** | $375,000.00 | $375,000.00 |
| **Suggested List Price** | $390,000.00 | $390,000.00 |
| **30 Day Quick Sale** | $360,000.00 | - |
| **Land Price Opinion** | $4.500.00 | - |
| **Total Estimated Monthly Rent** | $2,100.00 | - |

| **Repair Estimates** | **Repaired** |
|---|---|
| **Painting** | $0.00 |
| **Structural** | $0.00 |
| **Appliances** | $0.00 |
| **Utilities** | $0.00 |
| **Carpet / Floors** | $0.00 |
| **Other** | $0.00 |
| **Total Repairs:** | $ |

**Cleaning** $0.00 **Trash Removal** $0.00

**Do you recommend repairs?** No

**Additional Broker Comments (please comment on current market conditions and trends):**

The current market is reflective of a buyer's market.

**Property Description**

| Style | Type | Sq Ft. | # Rooms | Bdrms | Baths | Lot Size | % Bsmt | Gar | Age | HOA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Story Cape Cod | SFR Detached | 2080 | 8 | 4 | 2 | 0.31 Acres | Unfinished | Attached | 1992 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Is Subject Listed?** | No | **List Price:** | | **Listing Co:** | |
| **Current Listing DOM:** | | **Association Mgmt Co:** | N/A | **List Phone:** | |
| **Subj. listed in past 12 mos?** | Yes | **List Price:** | 290,000.00 | **Listing Co:** | Keller Williams |
| **Previous Listing DOM:** | 58 | **APN #:** | 34-035-016 | **List Phone:** | 267-767-1982 |
| **Was the property sold?** | Yes | **Sale Date:** | 11/24/2006 | **Sale Price:** | $325.000.00 |

| | | | |
|---|---|---|---|
| **Is property occupied?** | Unable To Verify | **Was the interior inspected?** | No |
| **Condition of Subject:** | Average | | |
| **Mello Roos Taxes?** | No | | |
| **Location Type:** | Rural | | |

| Description | Excellent | Good | Average | Fair | Poor |
|---|---|---|---|---|---|
| Curb Appeal | ☐ | ☐ | ☑ | ☐ | ☐ |
| Property Maintenance | ☐ | ☐ | ☑ | ☐ | ☐ |
| Landscape and Lawn | ☐ | ☐ | ☑ | ☐ | ☐ |
| Conformity to Neighborhood | ☐ | ☐ | ☑ | ☐ | ☐ |
| School System | ☐ | ☐ | ☑ | ☐ | ☐ |

 (c) 2008-2014 Old Republic

| Property Comments | | | | | | |
|---|---|---|---|---|---|---|
| Subject is a 2 Story SFD home located in Pipersville, PA (Plumstead Twp Bucks County) Property is located in a Rural area. Comparables were chosen based on proximity and general similarities to subject. I had to go back, in some cases, up to 1 year in order to find equivalent comparables for subject. Sold and listing comparables 1 and 2 are located in same development as subject. The form does not allow for adjustments to be made on it's face. I made adjustments to sold 1 for superior condition (25K) and bedroom count 3K in order to equalize to average condition and superior bedroom count of subject. Adjusted amount sold 1 $365,500. I made adjustments to sold 2 for GLA 5K and bedroom count 3K in order toe equalize to superior GLA and bedroom count of subject. Adjusted amount sold 2 338K. I made an adjustment to sold 3 GLA 5K in order to equalize to superior GLA of subject. Adjusted amount 392K. Please note, subject (1 Story SFD home) is somewhat unique as neighborhood around subject in mainly comprised of 2 Story SFD homes. The 2 Story SFD comparables used are reflective of subject property attributes. Sold comparables, in particular, are reflective and representative of what I believe FMV to be with respect to subject. Alterations/changes, to sold comparables, would undermine and have an adverse/negative effect on the outcome of valuation. I had to relax GLA, lot size, bedroom count and condition, in some cases, in order to complete valuation. Please note, subject was difficult to capture do to trees in/around property. The subject was listed as a short sale but then subsequently taken of market. | | | | | | |

| Neighborhood Data | | | | | | |
|---|---|---|---|---|---|---|
| Housing Supply: | Stable | Range of Values: | High: | $523,000.00 | Low: | $345,000.00 |
| Neighborhood Trend: | Stable | Average DOM: | 60 | | | |
| Crime/Vandalism | Low Risk | Average age of home: | 40 | | | |
| Environmental Problems? | No | | | | | |
| Homes in the market are: | Stable | *Rate of decrease is 0% per month* | | | | |
| Broker Signature: | | Richard Mont | | | | |

Loan Number ████ (c) 2008-2014 Old Republic

Document Page 4 of 8

5301

Front

RightSide

LeftSide

AddressVerification

Street

Street

Loan Number [redacted] (c) 2008-2014 Old Republic


Case 17-14162-mdc Doc 31-3 Filed 06/19/17 Entered 06/19/17 11:11:22 Desc Exhibit C Page 5 of 8

DOWNS RUN 5100-5300

StreetSign

Loan Number [REDACTED] (c) 2008-2014 Old Republic

| Comparable Sales | Type | Age | REO | Bd/Bth | Prox (mi) | SqFt | Car | Lot | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 5151 Meadowbrook Pl Pipersville, PA 18947 | SFR Detached | 1992 | No | 3/2.1 | 0.30 | 2212 | Attached | 0.31 Acres | 20 | 6/2/2017 | $395,000.00 | $387,500.00 |
| 2. 5495 Geddes Way Pipersville, PA 18947 | SFR Detached | 1994 | No | 3/2.1 | 0.50 | 1772 | Attached | 0.40 Acres | 112 | 10/28/2016 | $379,900.00 | $330,000.00 |
| 3. 6077 High Meadow Dr Pipersville, PA 18947 | SFR Detached | 1994 | No | 4/2.1 | 1.20 | 1760 | Attached | 0.25 Acres | 4 | 4/21/2017 | $387,000.00 | $387,000.00 |

| Comments | Incentive | Cond. | Source | SourceID | Most Comparable |
|---|---|---|---|---|---|
| 1. Comparable is located in same development as subject Adjustment made for condition (25K) and bedroom count 3K in order to equalize to average condition and superior bedroom count of subject. Adjusted amount $365,500. | Home has been updated and upgraded Home has eat-in kitchen and family room fireplace | Good | Trend | 6936845 | ✓ |
| 2. Comparable is located in same development as subject. Adjustment to GLA 5K and bedroom count 3K in order to equalize to superior GLA and bedroom count of subject. Adjusted amount 338K | Home has wood burning fireplace and hardwood floors | Average | Trend | 6799614 | ☐ |
| 3. Adjustment made to GLA 5K in order to equalize to superior GLA of subject. Adjusted amount 392K. | Home has hardwood flooring and crown molding | Average | Trend | 6928342 | ☐ |

Sale 1

Sale 2

Sale 3

| Competitive Listings | Type | Age | REO | Bd/Ba | Prox (mi) | Sq Ft | Gar | Lot | DOM | Orig. Price | Curr. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 5154 Meadowbrook Pl Pipersville, PA 18947 | SFR Detached | 1993 | No | 4/2.1 | 0.30 | 2156 | Attached | 0.38 Acres | 16 | $398,800.00 | $398,800.00 |
| 2. 5479 Greenewood Cir Pipersville, PA 18947 | SFR Detached | 1993 | No | 4/2.1 | 0.30 | 2694 | Attached | 0.40 Acres | 33 | $464,990.00 | $464,990.00 |
| 3. 5745 Lexington Dr Pipersville, PA 18947 | SFR Detached | 1984 | No | 4/2.1 | 0.60 | 2080 | Attached | 1.38 Acres | 41 | $450,000.00 | $439,900.00 |

| Comments | Incentive | Cond. | Source | SourceID | Most Comparbale |
|---|---|---|---|---|---|
| 1. Comparable is located in same development as subject. | Home has hardwood floors and eat-in kitchen. | Average | Trend | 6960792 | ✓ |
| 2. Comparable is located in same development as subject. | Home has updated kitchen. Home has cathedral ceilings. | Average | Trend | 6987103 | ☐ |
| 3. Property is located in a Rural area. | Home has a formal dining room and a fireplace. | Average | Trend | 6981508 | ☐ |

Comp 1

Comp 2

Comp 3



| Point | Property | Street Address |
|---|---|---|
| S | Subject | 5301 DOWNS RUN |
| A | Sale #1 | 5151 Meadowbrook Pl |
| B | Sale #2 | 5495 Geddes Way |
| C | Sale #3 | 6077 High Meadow Dr |
| D | Listing #1 | 5154 Meadowbrook Pl |
| E | Listing #2 | 5479 Greenewood Cir |
| F | Listing #3 | 5745 Lexington Dr |

NOTE: Some properties may be so close together that they do not show as distinct map points.