United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14162-mdc
George L Kix                                                              Chapter 13
Robin C Kix
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR               Page 1 of 1            Date Rcvd: May 06, 2019
                              Form ID: pdf900            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db         +George L Kix,   5301 Downs Run,   Pipersville, PA 18947-1139
13964075   +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13935039   +PNC Bank,   PO Box 1366,   Centralized Customer Assistance Team,   Pittsburgh, PA 15230-1366
13935040   +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
13935041   +Pnc Bank, N.a.,   Po Box 3180,   Pittsburgh, PA 15230-3180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              BRETT ALAN SOLOMON    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CANDYCE I. SMITH-SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              CANDYCE I. SMITH-SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              JILLIAN NOLAN SNIDER    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              KEITH D. SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,   r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Plaintiff George L Kix mail@njpalaw.com,    r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Plaintiff Robin C Kix mail@njpalaw.com,    r56958@notify.bestcase.com
              KEVIN M. BUTTERY    on behalf of     PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL
               ASSOCIATION, AS LEGAL TITLE TRUSTEE kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Prof-2013-S3 Legal Title Trust II, et al
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| George L. Kix and Robin C. Kix, | : | |
| Debtors. | : | Bankruptcy No. 17-14162-MDC |

## O R D E R

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access to Objection to Confirmation of Plan (Docket No. 11) (the "Motion") filed by PNC Bank, National Association.

**AND**, the Court concluding that Exhibit C attached to the Motion fails to comply with Fed. R. Bankr. P. 9037.

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Docket No. 11 forthwith**.

3. **PNC Bank, National Association** shall file redacted copies of the document(s) identified in Paragraph 2 above on or before **May 17, 2019**.

Dated: May 2, 2019

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Jillian Nolan Snider, Esquire
Brett A. Solomon, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Keith D. Sklar, Esquire
Candyce I. Smith-Sklar
Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107