**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
609-882-9800   Fax: (609) 538-1399
KEITH D. SKLAR, ESQ. (91524)
*Attorney for Debtor*(s)

### IN THE UNITED STATES BANKRUPTCY COURT
### For the Eastern District of Pennsylvania

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 17-14162 (MDC) |
| GEORGE and ROBIN KIX, } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

### APPLICATION FOR ENTRY OF AN ORDER SHORTENING TIME FOR NOTICE OF HEARING PURSUANT TO FED.R.BANKR.P. 9006(c)(1)

This application of Keith D. Sklar, attorney for the debtors, respectfully represents:

1. I represent the Debtors George and Robin Kix in the above captioned case. As such, I am personally familiar with the facts set forth herein and I am authorized to make this application on behalf of the debtor.

2. The immediate Application has been filed as the Debtors seek to have their Chapter 13 Plan modified post confirmation on shortened time since the plan in question has already been served on all creditors and the Chapter 13 Trustee on May 16, 2019.

3. The Debtors are seeking the modification of their Chapter 13 Post-Confirmation so that all counsel fees due their attorney may get disbursed by the Chapter 13 Trustee as administrative expenses before disbursements are made to any other creditors .

4. Since the plan has already been served on all creditors more than 30-days ago, Debtors by and through their counsel seek this hearing on shortened time.

5. Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006 (c)(2) and the rules listed therein.

**WHEREFORE**, Keith D. Sklar, Esquire, attorney for Debtor, requests entry of an Order to Shorten Time based on the aforementioned information.

Dated: June 25, 2019    LAW OFFICES OF SKLAR SMITH-SKLAR
By  */s/Keith D. Sklar, Esq.*
KEITH D. SKLAR, ESQ.
Attorney for Debtors