**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :          Chapter 13

     GEORGE AND ROBIN KIX,          :

                                 :

             Debtor(s)          :          Case No.: 17-14162-MDC

**ORDER**

     **AND NOW** this  22nd  day of   July   , 2019  and for good cause
having been shown, it is hereby **ORDERED** and **DECREED:**

     That Debtor Attorney's Application for Compensation is hereby **GRANTED.**

     **IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay the
earned legal fees in the amount of $2947.00 as an administrative claim through the
Debtor's Chapter 13 Plan.

_____

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE