United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
George L Kix
Robin C Kix
    Debtors

Case No. 17-14162-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Jul 22, 2019
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db          +George L Kix,   5301 Downs Run,   Pipersville, PA 18947-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              BRETT ALAN SOLOMON    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CANDYCE I. SMITH-SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              CANDYCE I. SMITH-SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              JILLIAN NOLAN SNIDER    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
              KEITH D. SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,   r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Plaintiff George L Kix mail@njpalaw.com,   r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Plaintiff Robin C Kix mail@njpalaw.com,   r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
              KEVIN M. BUTTERY    on behalf of    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL
               ASSOCIATION, AS LEGAL TITLE TRUSTEE kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Prof-2013-S3 Legal Title Trust II, et al
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                              TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :         Chapter 13
    GEORGE AND ROBIN KIX,          :
                                   :
    Debtor(s)                      :         Case No.: 17-14162-MDC

**ORDER**

    **AND NOW** this  22nd  day of  July , 2019  and for good cause having been shown, it is hereby **ORDERED** and **DECREED:**

That Debtor Attorney's Application for Compensation is hereby **GRANTED.**

    **IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay the earned legal fees in the amount of $2947.00 as an administrative claim through the Debtor's Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE