# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| GEORGE AND ROBIN KIX, | : | |
| | : | |
| Debtor(s) | : | Case No.: 17-14162-MDC |

## ORDER

**AND NOW** this _____ day of _____, 2019 and for good cause having been shown, it is hereby **ORDERED** and **DECREED:**

That Debtor Attorney's Motion to Amend the Confirmed plan is hereby **GRANTED.**

_____
MAGDELINE D. COLEMAN, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA