# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :    Chapter 13
    GEORGE AND ROBIN KIX,           :
                                                    :
        Debtor(s)                      :    Case No.: 17-14162-MDC

## ORDER

**AND NOW** this _7th_ day of _August_, 2019 and for good cause having been shown, it is hereby **ORDERED** and **DECREED**:

That Debtor Attorney's Motion to Amend the Confirmed plan is hereby **GRANTED**.

_____
MAGDELINE D. COLEMAN, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA