United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
George L Kix
Robin C Kix
    Debtors

Case No. 17-14162-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 08, 2019
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db/jdb         +George L Kix,    Robin C Kix,    5301 Downs Run,    Pipersville, PA 18947-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
        BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
         bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
        BRETT ALAN SOLOMON    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
         bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
        CANDYCE I. SMITH-SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,
         r56958@notify.bestcase.com
        CANDYCE I. SMITH-SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
         r56958@notify.bestcase.com
        JILLIAN NOLAN SNIDER    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
         jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
        JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
         jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
        KEITH D. SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,    r56958@notify.bestcase.com
        KEITH D. SKLAR    on behalf of Plaintiff George L Kix mail@njpalaw.com,    r56958@notify.bestcase.com
        KEITH D. SKLAR    on behalf of Plaintiff Robin C Kix mail@njpalaw.com,    r56958@notify.bestcase.com
        KEITH D. SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
         r56958@notify.bestcase.com
        KEVIN M. BUTTERY    on behalf of     PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL
         ASSOCIATION, AS LEGAL TITLE TRUSTEE kbuttery@rascrane.com
        REBECCA ANN SOLARZ    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Prof-2013-S3 Legal Title Trust II, et al
         paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                       TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :     Chapter 13
    GEORGE AND ROBIN KIX,               :
                                        :
            Debtor(s)                   :     Case No.: 17-14162-MDC

### ORDER

**AND NOW** this ___7th___ day of ___August___, 2019 and for good cause having been shown, it is hereby **ORDERED** and **DECREED**:

That Debtor Attorney's Motion to Amend the Confirmed plan is hereby **GRANTED**.

_____
MAGDELINE D. COLEMAN, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA