UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  George & Robin Kix
        Bankruptcy No.  17-14162-mdc
        Adversary No.
        Chapter      13

                          Date:  August 27, 2019

To:        Keith D. Sklar, Esq.
        1901 N. Olden Ave, Ste 22
        Ewing NJ 08618

## NOTICE OF INACCURATE FILING

    Re:  Motion to Obtain Credit

The above pleading was filed in this office on **August 26, 2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

|    |    |
|----|----|
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and case number are missing |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document  not legible |
| ( ) | Notice of Motion/Objection |
| **(XX)** | Electronic Signature missing - **No Attorney Signature and Date on  Motion** |
| ( ) | Other |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov**. Otherwise, the matter will be referred to the Court.

                          Timothy B. McGrath
                          Clerk

                          By:  **Lisa Henry**
                          Deputy Clerk