# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :         Chapter 13
    GEORGE AND ROBIN KIX,          :
                                    :
    Debtor(s)                      :         Case No.: 17-14162-MDC

## ORDER

**AND NOW** this  12th  day of  September , 2019 and for good cause having been shown, it is hereby **ORDERED** and **DECREED:**

That Debtor Attorney's Application for Compensation is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay additional earned legal fees in the amount of $3237.50 in addition to the already granted $2947.00 as an administrative claim through the Debtor's Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE