United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
George L Kix
Robin C Kix
    Debtors

Case No. 17-14162-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: John   Page 1 of 1   Date Rcvd: Sep 12, 2019
                  Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db/jdb        +George L Kix,    Robin C Kix,    5301 Downs Run,    Pipersville, PA 18947-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
            BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
            BRETT ALAN SOLOMON    on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
            CANDYCE I. SMITH-SKLAR     on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
            CANDYCE I. SMITH-SKLAR     on behalf of Debtor George L Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
            JILLIAN NOLAN SNIDER     on behalf of Defendant    PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
               jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
            JILLIAN NOLAN SNIDER     on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
            KEITH D. SKLAR    on behalf of Debtor George L Kix mail@njpalaw.com,    r56958@notify.bestcase.com
            KEITH D. SKLAR    on behalf of Plaintiff George L Kix mail@njpalaw.com,    r56958@notify.bestcase.com
            KEITH D. SKLAR    on behalf of Plaintiff Robin C Kix mail@njpalaw.com,    r56958@notify.bestcase.com
            KEITH D. SKLAR    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
               r56958@notify.bestcase.com
            KEVIN M. BUTTERY     on behalf of     PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL
               ASSOCIATION, AS LEGAL TITLE TRUSTEE kbuttery@rascrane.com
            REBECCA ANN SOLARZ    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
            REBECCA ANN SOLARZ    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
            THOMAS YOUNG.HAE SONG     on behalf of Creditor    Prof-2013-S3 Legal Title Trust II, et al
               paeb@fedphe.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 16

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| GEORGE AND ROBIN KIX, | : | |
| | : | |
| Debtor(s) | : | Case No.: 17-14162-MDC |

**ORDER**

**AND NOW** this 12th day of September, 2019 and for good cause having been shown, it is hereby **ORDERED** and **DECREED:**

That Debtor Attorney's Application for Compensation is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay additional earned legal fees in the amount of $3237.50 in addition to the already granted $2947.00 as an administrative claim through the Debtor's Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE