LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
(609) 882-9800  FAX:  (609) 538-1399
KEITH D. SKLAR, ESQ. (91524)
ATTORNEY FOR DEBTORS

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    George and Robin Kix, | : | |
| | : | |
| | : | |
|    Debtor(s) | : | Case No.: 17-14162 (MDC) |

**MOTION TO OBTAIN CREDIT**

     Debtors, George and Robin Kix by and through their attorney, Keith D. Sklar, Esq. hereby moves this honorable court for an Order granting them permission to obtain credit to purchase a 2015 Acura RDX as their family vehicle.  The Debtors will rely on the attached affidavit in support of motion.


Dated:  August 26, 2019                         */s/Keith D. Sklar, Esq.*
                                                                           Keith D. Sklar, Esq
                                                                           Attorney for Debtors