LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
KEITH D. SKLAR, ESQ. (91524)
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   GEORGE and ROBIN KIX,    :    CHAPTER 13
:    Case No.:  17-14162 (MDC)
:
Debtor(s)    :    **CERTIFICATE OF**
:    **NO OBJECTION**

I, KEITH D. SKLAR, certify that a copy of a Motion to Obtain Credit was served on the appropriate parties named in the certificate of service by either electronic notice or by first class United States and no objection has been filed with the Court or this office.

**WHEREFORE,** Debtor's attorney seeks an Order granting Motion to Obtain Credit.

*/s/Keith D. Sklar, Esq.*
Keith D. Sklar, Esq.