LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
(609) 882-9800  FAX:  (609) 538-1399
KEITH D. SKLAR, ESQ. (91524)
ATTORNEY FOR DEBTORS

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
    George and Robin Kix,              :
                                                      :
                                                      :
                                                      :
                Debtor(s)                    :        Case No.: 17-14162 (MDC)

### ORDER

**AND NOW THIS** _17th_ day of _October_, 2019 and for good cause having been shown, the following relief is hereby **ORDERED:**

    **IT IS ORDERED** that the Motion to Obtain Credit filed by the Debtors is hereby **GRANTED.**

_____
Hon. Magdeline D. Coleman
Chief Judge
United States Bankruptcy Court
Eastern District of Pennsylvania