United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-14162-mdc
George L Kix                                                                 Chapter 13
Robin C Kix
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa          Page 1 of 1          Date Rcvd: Jan 31, 2020
                             Form ID: trc         Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14195600          PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NA
                                                                    TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
          BRETT ALAN SOLOMON   on behalf of Creditor   PNC Bank, National Association
          bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
          BRETT ALAN SOLOMON   on behalf of Defendant   PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
          bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
          CANDYCE I. SMITH-SKLAR   on behalf of Debtor George L Kix mail@njpalaw.com,
          r56958@notify.bestcase.com
          CANDYCE I. SMITH-SKLAR   on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
          r56958@notify.bestcase.com
          JILLIAN NOLAN SNIDER   on behalf of Defendant   PNC BANK, N.A. S/B/M TO NATIONAL CITY BANK
          jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
          JILLIAN NOLAN SNIDER   on behalf of Creditor   PNC Bank, National Association
          jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
          KEITH D. SKLAR   on behalf of Debtor George L Kix mail@njpalaw.com,   r56958@notify.bestcase.com
          KEITH D. SKLAR   on behalf of Plaintiff George L Kix mail@njpalaw.com,   r56958@notify.bestcase.com
          KEITH D. SKLAR   on behalf of Plaintiff Robin C Kix mail@njpalaw.com,   r56958@notify.bestcase.com
          KEITH D. SKLAR   on behalf of Joint Debtor Robin C Kix mail@njpalaw.com,
          r56958@notify.bestcase.com
          KEVIN M. BUTTERY   on behalf of   PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL
          ASSOCIATION, AS LEGAL TITLE TRUSTEE kbuttery@rascrane.com
          REBECCA ANN SOLARZ   on behalf of Creditor   FAY SERVICING, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Fay Servicing, LLC bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Prof-2013-S3 Legal Title Trust II, et al
          paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                    TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14162-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

George L Kix
5301 Downs Run
Pipersville PA 18947

Robin C Kix
5301 Downs Run
Pipersville PA 18947

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 29: PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NA

Name and Address of Transferee:

U.S. Bank Trust National Association as Trustee f
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/02/20

Tim McGrath
**CLERK OF THE COURT**