**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 17-14162-MDC

GEORGE L KIX
ROBIN C KIX
5301 DOWNS RUN

PIPERSVILLE, PA 18947

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GEORGE L KIX
    ROBIN C KIX
    5301 DOWNS RUN

    PIPERSVILLE, PA 18947


Counsel for debtor(s), by electronic notice only.

    CANDYCE I SMITH-SKLAR
    1901 N OLDEN AVE
    SUITE 22
    EWING, NJ 08618

                          /S/ William C. Miller
Date: 8/4/2020                _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee