# -NOTICE-
# DISCLOSURE OBLIGATIONS

Bankruptcy Schedule A/B : Property requires debtors to disclose -

- any interest in property that is due a debtor from someone who has died (for example - living trust, life insurance, inheritance, etc.) [Section 32], and
- any claims against third parties, whether or not a lawsuit has been filed or a demand for payment has been made (for example - accidents, employment disputes, insurance claims or rights to sue) [Section 33].

These disclosure obligations continue throughout a bankruptcy case. Therefore, if a debtor receives any such interests, or any such claims arise, during the course of a bankruptcy, written notice must be made to the standing trustee's office promptly. Failure to do so may result in adverse consequences in a bankruptcy, or, in the case of claims against third parties, adverse consequences in the underlying case against those third parties.

Receipt and review acknowledgement -

10-21-2022    17-14162    _[signature]_
Date          Case        Debtor(s)

# -NOTICE-
# DISCLOSURE OBLIGATIONS

Bankruptcy Schedule A/B : Property requires debtors to disclose -

- any interest in property that is due a debtor from someone who has died (for example - living trust, life insurance, inheritance, etc.) [Section 32], and

- any claims against third parties, whether or not a lawsuit has been filed or a demand for payment has been made (for example - accidents, employment disputes, insurance claims or rights to sue) [Section 33].

These disclosure obligations continue throughout a bankruptcy case. Therefore, if a debtor receives any such interests, or any such claims arise, during the course of a bankruptcy, written notice must be made to the standing trustee's office promptly. Failure to do so may result in adverse consequences in a bankruptcy, or, in the case of claims against third parties, adverse consequences in the underlying case against those third parties.

Receipt and review acknowledgement -

_10-21-2022_  _17-14162_  _Robin C K_
Date            Case            Debtor(s)