United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14162-mdc |
| George L Kix | Chapter 13 |
| Robin C Kix | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2022 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L Kix, Robin C Kix, 5301 Downs Run, Pipersville, PA 18947-1139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

**Name**    **Email Address**

BRETT ALAN SOLOMON
    on behalf of Creditor PNC Bank  National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com

BRETT ALAN SOLOMON
    on behalf of Defendant PNC BANK  N.A. S/B/M TO NATIONAL CITY BANK bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Fay Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor FAY SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 212 | Total Noticed: 1 |

CANDYCE I. SMITH-SKLAR
    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com r56958@notify.bestcase.com

CANDYCE I. SMITH-SKLAR
    on behalf of Debtor George L Kix mail@njpalaw.com r56958@notify.bestcase.com

JILLIAN NOLAN SNIDER
    on behalf of Defendant PNC BANK  N.A. S/B/M TO NATIONAL CITY BANK jsnider@fbtlaw.com, agilbert@tuckerlaw.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, agilbert@tuckerlaw.com

KEITH D. SKLAR
    on behalf of Debtor George L Kix njpalaw@gmail.com r56958@notify.bestcase.com

KEITH D. SKLAR
    on behalf of Plaintiff George L Kix njpalaw@gmail.com r56958@notify.bestcase.com

KEITH D. SKLAR
    on behalf of Plaintiff Robin C Kix njpalaw@gmail.com r56958@notify.bestcase.com

KEITH D. SKLAR
    on behalf of Joint Debtor Robin C Kix njpalaw@gmail.com r56958@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of PROF-2013-S3 LEGAL TITLE TRUST II  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE cdigianantonio@rascrane.com

THOMAS SONG
    on behalf of Creditor Prof-2013-S3 Legal Title Trust II  et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                               Chapter: 13

    George L Kix and Robin C Kix

Debtor(s)                                                    Case No: 17−14162−mdc

---

### *ORDER*

AND NOW, October 20, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                        For The Court

                                                        Magdeline D. Coleman

                                                        Chief Judge ,United States
                                                        Bankruptcy Court