United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
George L Kix  
Robin C Kix  
    Debtors

Case No. 17-14162-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Oct 20, 2022     Form ID: 234     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L Kix, Robin C Kix, 5301 Downs Run, Pipersville, PA 18947-1139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRETT ALAN SOLOMON | |
| | on behalf of Creditor PNC Bank National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| BRETT ALAN SOLOMON | |
| | on behalf of Defendant PNC BANK N.A. S/B/M TO NATIONAL CITY BANK bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor Fay Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor FAY SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2022 | Form ID: 234 | Total Noticed: 1 |

CANDYCE I. SMITH-SKLAR
    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com r56958@notify.bestcase.com

CANDYCE I. SMITH-SKLAR
    on behalf of Debtor George L Kix mail@njpalaw.com r56958@notify.bestcase.com

JILLIAN NOLAN SNIDER
    on behalf of Defendant PNC BANK  N.A. S/B/M TO NATIONAL CITY BANK jsnider@fbtlaw.com, agilbert@tuckerlaw.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, agilbert@tuckerlaw.com

KEITH D. SKLAR
    on behalf of Debtor George L Kix njpalaw@gmail.com r56958@notify.bestcase.com

KEITH D. SKLAR
    on behalf of Plaintiff George L Kix njpalaw@gmail.com r56958@notify.bestcase.com

KEITH D. SKLAR
    on behalf of Plaintiff Robin C Kix njpalaw@gmail.com r56958@notify.bestcase.com

KEITH D. SKLAR
    on behalf of Joint Debtor Robin C Kix njpalaw@gmail.com r56958@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of PROF-2013-S3 LEGAL TITLE TRUST II  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE cdigianantonio@rascrane.com

THOMAS SONG
    on behalf of Creditor Prof-2013-S3 Legal Title Trust II  et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: George L Kix and Robin C Kix
        Debtor(s)                                Case No:17−14162−mdc
                                                     Chapter: 13

_____

## NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 10/20/22

145
Form 234