# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Bankruptcy No. 17-14162mdc, George & Robin Kix
    Adversary No.
    Chapter    13


Date:    October 24, 2022

To:    Keith D. Sklar, Esq.
    1901 N. Olden Ave, Ste 22
    Ewing, NJ   08618


## **NOTICE OF INACCURATE FILING**

    Re:   Domestic Support Obligation Certification

The above pleading was filed in this office on 10/21/22 .   Please be advised that the following document(s) filed contains a deficiency as set forth below:

| | |
|---|---|
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and case number are missing |
| (XX) | Wrong PDF document attached – form requested per 10/20/22 order is not attached. |
| ( ) | PDF document   not legible |
| ( ) | Notice of Motion/Objection |
| ( ) | Electronic Signature missing |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.   All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**    . Otherwise, the matter will be referred to the Court.

                              Timothy B. McGrath
                              Clerk

                              By: s/Keith Borzillo
                                  Deputy Clerk