United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
George L Kix  
Robin C Kix  
    Debtors

Case No. 17-14162-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5  
Date Rcvd: Oct 25, 2022      Form ID: 138OBJ      Total Noticed: 92

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L Kix, Robin C Kix, 5301 Downs Run, Pipersville, PA 18947-1139 |
| 13934982 | + | Abington Emergeny Physician, 56 W. Main Street STE 305, Newark, DE 19702-1503 |
| 13934986 | + | Arcadia Recovery Bureau, LLC, PO Box 6768, Reading, PA 19610-0768 |
| 13934988 | + | Bloomingdale's/Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 13934989 | + | Brown & Joseph, PO Box 59838, Schaumburg, IL 60159-0838 |
| 13934991 | + | Cap1/bstby, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 13934995 | + | Central Bucks Ambulance and Rescue Unit, PO Box 535, Baldwinsville, NY 13027-0535 |
| 13935004 | + | Commercial Collection Corp. of NY, 34 Seymour St, Tonawanda, NY 14150-2126 |
| 13935008 | + | Doylestown Emergency Assoc., P.O. Box 826677, Philadelphia, PA 19182-6677 |
| 13935009 | + | Doylestown Emergency Associates PC, PO Box 3012, Wilmington, DE 19804-0012 |
| 13935010 | + | Doylestown Hospital, 595 West State Street, Doylestown, PA 18901-2597 |
| 13935011 | + | Doylestown, Emergency Assoc. PC, PO Box 3012, Wilmington, DE 19804-0012 |
| 13935014 | + | Edward N. Flail, Jr., Esq., 10 Harrow Circle, Wayne, PA 19087-3852 |
| 13935015 | + | Fay Servicing, Attn: Bankruptcy Depart, 440 S. LaSalle Street, STE. 2000, Chicago, IL 60605-5011 |
| 13935029 | + | Marvic Supply Co., Inc, c/o Edward N. Flail, Jr, 10 Harrow Circle, Wayne, PA 19087-3852 |
| 13953393 | + | Marvic Supply Co., Inc., P. O. Box 1290, Doylestown, PA 18901-0100 |
| 13935030 | + | Marvic Supply Company, iNc, 4083 Swamp Road, PO Box 1290, Doylestown, PA 18901-0100 |
| 13935034 | + | PA Dept of Transportation, Damage Recovery Unit, P.O. Box 2857, Harrisburg, PA 17105-2857 |
| 13935037 | + | PHysician Billing-PB CHop, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8500 |
| 13935039 | + | PNC Bank, PO Box 1366, Centralized Customer Assistance Team, Pittsburgh, PA 15230-1366 |
| 13935035 | + | Penndel-Middletown Emergency Squad, 616 E Lincoln Hwy, Langhorne, PA 19047-2998 |
| 13935042 | + | Point Pleasant-Plumsteadville EMS, Billing Office, PO Box 726, New Cumberland, PA 17070-0726 |
| 13935050 | + | Trico Lift, 418 Southgate Court, Mickleton, NJ 08056-1246 |
| 14483755 | + | US Bank Trust National Association, c/o Rebecca A Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13947752 | + | VNB Loan Services, 747 Chestnut Ridge RD, Chestnut Ridge, NY 10977-6224 |
| 13935053 | + | Wayne Bank, 717 Main Street, Honesdale, PA 18431-1880 |
| 13935054 | + | Wehrung's Lumber and Home, 7711 Easton Road, PO Box 550, Ottsville, PA 18942-0550 |
| 13935055 | + | Wellsfargo, 8600 W 159th St Suite 11, Orland Park, IL 60462-5364 |
| 13935056 | + | Wffinance, 8600 W 159th St Suite 11, Orland Park, IL 60462-5364 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 26 2022 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13962342 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2022 00:10:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13934983 | + | Email/Text: ally@ebn.phinsolutions.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 138OBJ | Total Noticed: 92 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13934984 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2022 00:10:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 13934985 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:10:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| | | | Oct 26 2022 00:24:19 | American Eagle GECRB, Ge Capital Retail Bank/Attention: Bankru, Po Box 103104, Roswell, GA 30076-9104 |
| 13934987 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 00:10:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 13972232 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2022 00:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13934998 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:32 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 13934999 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:41 | Citibank Usa, Citicorp Credit Services/Attn:Centralize, Po Box 20507, Kansas City, MO 64195 |
| 13934990 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 00:24:38 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13934992 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 00:24:28 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13934993 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 00:24:28 | Capital 1 Bank, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13934994 | + | Email/Text: cms-bk@cms-collect.com | Oct 26 2022 00:10:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 13995316 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2022 00:24:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13935001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 00:10:00 | Comenity Bank/Limited Too, Attention: Bankruptcy, P.O. Box 182686, Columbus, OH 43218-2686 |
| 13935000 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 00:10:00 | Comenity Bank/bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 13935002 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 00:10:00 | Comenity Bank/pier 1, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13935003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 00:10:00 | Comenity Bank/vctrssec, P.O. Box 182125, Columbus, OH 43218-2125 |
| 13935005 | + | Email/Text: BKPT@cfna.com | Oct 26 2022 00:10:00 | Credit First, N.A, Bk13 Credit Operations, Po Box 81344, Cleveland, OH 44188-0001 |
| 13935006 | + | Email/Text: BKPT@cfna.com | Oct 26 2022 00:10:00 | Credit First/CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 13935012 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:41 | Dsnb Bloomingdales, Macy's Bankruptcy Dept., Po Box 8053, Mason, OH 45040 |
| 13935013 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:22 | Dsnb Macys, Po Box 17759, Clearwater, FL 33762 |
| 13935007 | + | Email/Text: mrdiscen@discover.com | Oct 26 2022 00:10:00 | Discover Fin Svcs Llc, Po Box15316, Wilmington, DE 19850-5316 |
| 14005970 | | Email/Text: ECF@fayservicing.com | Oct 26 2022 00:10:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 13935016 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 26 2022 00:10:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 13935017 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:20 | GECRB/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 13935018 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:29 | GECRB/ PayPal Buyer credit, Attn: Bankruptcy, |

Case 17-14162-mdc  Doc 154  Filed 10/27/22  Entered 10/28/22 00:31:13  Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 138OBJ | Total Noticed: 92 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Po Box 103104, Roswell, GA 30076-9104 |
| 13935019 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:39 | GECRB/American Eagle, Attn:Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13935020 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:20 | GECRB/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13935021 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:20 | GECRB/Lens Crafters, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13935022 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:28 | GECRB/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 13935023 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:39 | Gemb/walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13935024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:41 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 13935025 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 26 2022 00:10:00 | Hsbc/Bon Ton, Attention: HSBC Retail Services, Po Box 5264, Carol Stream, IL 60197-5264 |
| 13935026 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 00:10:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13934996 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 00:24:18 | Chase, P.o. Box 15298, Wilmington, DE 19850 |
| 13934997 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 00:24:28 | Chase - Toys R Us, Chase Card Svcs/Attn:Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 13935027 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2022 00:10:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13935028 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2022 00:10:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14251230 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 26 2022 00:10:00 | Fay Servicing, LLC, c/o McCALLA RAYMER LEIBERT PIERCE, LLC B, 1544 Old Alabama Road, Roswell, GA 30076 |
| 13935031 | ^ | MEBN | Oct 26 2022 00:08:51 | NCB Management Services Incorporated, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 13935032 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:39 | OLd Navy/GECRB, PO Box 530942, Atlanta, GA 30353-0942 |
| 13935033 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:40 | Old Navy/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 13964075 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 00:10:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 13935040 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 00:10:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15222 |
| 13935038 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 00:10:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 13935041 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 00:10:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 13995754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 00:24:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13935427 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 00:24:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13935036 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13935043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:32 | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13972079 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2022 00:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13935044 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:31 | R'US Credit Cards/GECRB, P.O. Box 965016, Orlando, FL 32896-5016 |
| 14117514 | + | Email/Text: RASEBN@raslg.com | Oct 26 2022 00:10:00 | ROBERTSON, ANSCHUTZ & SCHN.EID, P.L., BANKRUPTCY DEPARTMENT, c/o U.S. Bank National, 6409 CONGRESS AVE., SUITE 100, BOCA RA TON, FL 33487-2853 |
| 13935045 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:22 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13935046 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:24:28 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 13935048 | | Email/Text: bankruptcy@td.com | Oct 26 2022 00:10:00 | Td Banknorth Maine, Td Bank/Attn: Bankruptcy, Po Box 1377, Lewiston, ME 04243 |
| 13935047 | + | Email/Text: bncmail@w-legal.com | Oct 26 2022 00:10:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13935049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:33 | Trac/cbsd, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14459742 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 26 2022 00:10:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14482559 | ^ | MEBN | Oct 26 2022 00:09:04 | U.S. Bank Trust National Association as Trustee fo, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13935057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:24:33 | Zale/cbsd, Attn.: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195-0363 |
| 13993687 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2022 00:24:29 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14195600 | | PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NA |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13938512 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13935052 | ##+ | VNB Loan Services, Inc., PO Box 1015, Spring Valley, NY 10977-0815 |
| 13935051 | ##+ | Valley National Bank, 747 Chestnut Ridge Road-Suite 201, Spring Valley, NY 10977-6225 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022        Signature:        /s/Gustava Winters

District/off: 0313-2                              User: admin                                             Page 5 of 5
Date Rcvd: Oct 25, 2022                       Form ID: 138OBJ                                   Total Noticed: 92

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRETT ALAN SOLOMON | on behalf of Creditor PNC Bank National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| BRETT ALAN SOLOMON | on behalf of Defendant PNC BANK N.A. S/B/M TO NATIONAL CITY BANK bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FAY SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Fay Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CANDYCE I. SMITH-SKLAR | on behalf of Debtor George L Kix mail@njpalaw.com r56958@notify.bestcase.com |
| CANDYCE I. SMITH-SKLAR | on behalf of Joint Debtor Robin C Kix mail@njpalaw.com r56958@notify.bestcase.com |
| JILLIAN NOLAN SNIDER | on behalf of Defendant PNC BANK N.A. S/B/M TO NATIONAL CITY BANK jsnider@fbtlaw.com, agilbert@tuckerlaw.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor PNC Bank National Association jsnider@fbtlaw.com, agilbert@tuckerlaw.com |
| KEITH D. SKLAR | on behalf of Plaintiff Robin C Kix njpalaw@gmail.com r56958@notify.bestcase.com |
| KEITH D. SKLAR | on behalf of Joint Debtor Robin C Kix njpalaw@gmail.com r56958@notify.bestcase.com |
| KEITH D. SKLAR | on behalf of Debtor George L Kix njpalaw@gmail.com r56958@notify.bestcase.com |
| KEITH D. SKLAR | on behalf of Plaintiff George L Kix njpalaw@gmail.com r56958@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of PROF-2013-S3 LEGAL TITLE TRUST II BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE cdigianantonio@rascrane.com |
| THOMAS SONG | on behalf of Creditor Prof-2013-S3 Legal Title Trust II et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: George L Kix and Robin C Kix

      Debtor(s)                       Case No: 17−14162−mdc

                                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                               900 Market Street
                                    Suite 400
                              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/25/22

 

153 − 145<br>Form 138OBJ