UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF REGION 3 DISTRICT OF PA
REGION 3 DIVISION

In re:  GEORGE L KIX  § Case No. 17-bk-14162
ROBIN C KIX  §
§
§
Debtor(s)  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kenneth E. West, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 06/19/2017.

2) The plan was confirmed on 05/02/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 07/28/2022.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,540.00.

10) Amount of unsecured claims discharged without full payment: $347,203.86.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 34,578.38 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 34,578.38 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 6,184.50 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,745.63 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 8,930.13 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICES OF SKLAR SMITH | Lgl | 0.00 | NA | NA | 6,184.50 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Sec | 0.00 | 8,442.45 | 8,442.45 | 8,418.19 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 24,438.00 | 18,166.60 | 18,166.60 | 16,485.96 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,680.64 | 1,680.64 | 0.00 | 0.00 |
| VNB LOAN SERVICES INC | Uns | 0.00 | 8,361.61 | 8,361.61 | 0.00 | 0.00 |
| MARVIC SUPPLY CO, INC | Uns | 0.00 | 43,050.60 | 43,050.60 | 0.00 | 0.00 |
| CREDIT FIRST | Uns | 0.00 | 1,447.38 | 1,447.38 | 0.00 | 0.00 |
| CREDIT FIRST | Uns | 0.00 | 1,278.26 | 1,278.26 | 0.00 | 0.00 |
| ALLY FINANCIAL | Uns | 12,531.00 | 12,531.12 | 12,531.12 | 0.00 | 0.00 |
| Marvic Supply Co., Inc. | Uns | 0.00 | 43,050.60 | 43,050.60 | 132.16 | 0.00 |
| PNC BANK | Sec | 27,717.00 | 28,847.27 | 28,847.27 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT | Uns | 0.00 | 469.18 | 469.18 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT | Uns | 134.00 | 171.98 | 171.98 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT | Uns | 0.00 | 905.23 | 905.23 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | 2,127.03 | 2,127.03 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | 1,895.00 | 1,895.00 | 0.00 | 0.00 |
| VNB LOAN SERVICES INC | Uns | 0.00 | 8,361.61 | 8,361.61 | 69.79 | 0.00 |
| PNC BANK | Uns | 0.00 | 12,090.90 | 12,090.90 | 100.91 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP | Uns | 0.00 | 5,755.56 | 5,755.56 | 48.04 | 0.00 |
| ECAST SETTLEMENT CORP | Uns | 0.00 | 22,229.01 | 22,229.01 | 185.52 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | 560.81 | 560.81 | 4.68 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 3,569.73 | 3,569.73 | 29.79 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 2,368.73 | 2,368.73 | 19.77 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 918.95 | 918.95 | 7.67 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 7,560.71 | 7,560.71 | 63.10 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 1,331.89 | 1,331.89 | 11.12 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 1,700.00 | 1,803.01 | 1,803.01 | 15.05 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 3,187.00 | 3,187.13 | 3,187.13 | 26.60 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 1,522.22 | 1,522.22 | 12.70 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 2,060.37 | 2,060.37 | 17.20 | 0.00 |
| US BANK, N.A. | Sec | 0.00 | 315,921.03 | 315,921.03 | 0.00 | 0.00 |
| FAY SERVICING | Sec | 327,754.23 | NA | NA | 0.00 | 0.00 |
| MARVIC SUPPLY CO. INC. | Sec | 23,644.00 | NA | NA | 0.00 | 0.00 |
| VALLEY NATIONAL BANK | Sec | 9,102.29 | NA | NA | 0.00 | 0.00 |
| WAYNE BANK | Sec | 15,500.00 | NA | NA | 0.00 | 0.00 |
| PENN DEP OF REV. | Pri | 6,350.00 | NA | NA | 0.00 | 0.00 |
| ABINGTON EMERG. PHYS. | Uns | 1,019.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EAGLE GECRB | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| ACARDIA REC. BUREAU | Uns | 2,727.15 | NA | NA | 0.00 | 0.00 |
| BK OF AMERCICA | Uns | 1,917.00 | NA | NA | 0.00 | 0.00 |
| BLOOMINGDALES | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| BROWN & JOSEPH | Uns | 417.22 | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BANK | Uns | 3,187.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGE. SERV. | Uns | 679.79 | NA | NA | 0.00 | 0.00 |
| CENTRAL BUCKS AMB. | Uns | 1,356.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 16,061.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD NA | Uns | 22,229.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Uns | 8,010.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/BON TON | Uns | 852.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK PIER 1 | Uns | 380.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL COLLECTION | Uns | 871.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Uns | 1,037.92 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST CFNA | Uns | 1,387.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DISCOVER FIN SVCS | Uns | 3,042.00 | NA | NA | 0.00 | 0.00 |
| DOYLEST EMER. ASSOC | Uns | 917.00 | NA | NA | 0.00 | 0.00 |
| DOYLESTOWN HOSP. | Uns | 1,348.84 | NA | NA | 0.00 | 0.00 |
| DSNB BLOOMIGDALES | Uns | 379.00 | NA | NA | 0.00 | 0.00 |
| DSNB/MACYS | Uns | 1,161.00 | NA | NA | 0.00 | 0.00 |
| EDWARD N FAIL JR. | Uns | 9,030.58 | NA | NA | 0.00 | 0.00 |
| FREEDOM CU | Uns | 11,302.00 | NA | NA | 0.00 | 0.00 |
| GECRB/OLD NAVY | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| GECRB/PAY PAL BUYER CREDIT | Uns | 1,268.00 | NA | NA | 0.00 | 0.00 |
| GECRB/AMERICAN EAGLE | Uns | 3,569.00 | NA | NA | 0.00 | 0.00 |
| GECRB/CARE CREDIT | Uns | 2,293.00 | NA | NA | 0.00 | 0.00 |
| GECRB/LOWES | Uns | 1,984.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Uns | 901.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 6,932.83 | NA | NA | 0.00 | 0.00 |
| KOHL'S/CAPONE | Uns | 481.00 | NA | NA | 0.00 | 0.00 |
| NCB/MANAGEMENT SERVICES | Uns | 1,645.46 | NA | NA | 0.00 | 0.00 |
| OLD NAVY/GECCRB | Uns | 176.67 | NA | NA | 0.00 | 0.00 |
| OLD NAVY/SYNCHRONY BANK | Uns | 98.43 | NA | NA | 0.00 | 0.00 |
| PA DEPT OF TRANSPORTATION | Uns | 1,684.00 | NA | NA | 0.00 | 0.00 |
| PENNDEL-MILDELTOWN | Uns | 903.80 | NA | NA | 0.00 | 0.00 |
| PHYCISIAN BILLING-PB CHOP | Uns | 265.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 36,985.66 | NA | NA | 0.00 | 0.00 |
| POINT PLEASANT- | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| R'US CREDIT CARDS/GECRB | Uns | 1,078.69 | NA | NA | 0.00 | 0.00 |
| SYNCB/TOYRUS | Uns | 1,522.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA/TARGETCRED | Uns | 2,428.00 | NA | NA | 0.00 | 0.00 |
| TRICO LIFT | Uns | 514.02 | NA | NA | 0.00 | 0.00 |
| VNB LOAN SERVICES | Uns | 708.63 | NA | NA | 0.00 | 0.00 |
| WENHRUNG'S LUMBER AND HOME | Uns | 2,189.01 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | | | |
|---|---|---|---|
| | Claim Allowed | Principal Paid | Interest Paid |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 353,210.75 | $ 8,418.19 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 353,210.75 | $ 8,418.19 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 18,166.60 | $ 16,485.96 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 18,166.60 | $ 16,485.96 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 190,289.26 | $ 744.10 | $ 0.00 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $ 8,930.13 | |
| Disbursements to Creditors | $ 25,648.25 | |
| **TOTAL DISBURSEMENTS:** | | $ 34,578.38 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 01/11/2023          By: Kenneth E. West
                                    Chapter 13 Standing Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)