United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 17-14162-mdc

George L Kix                                                            Chapter 13

Robin C Kix

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | +  George L Kix, Robin C Kix, 5301 Downs Run, Pipersville, PA 18947-1139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRETT ALAN SOLOMON | |
| | on behalf of Creditor PNC Bank  National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| BRETT ALAN SOLOMON | |
| | on behalf of Defendant PNC BANK  N.A. S/B/M TO NATIONAL CITY BANK bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor Fay Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor FAY SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0313-2                              User: admin                                          Page 2 of 2
Date Rcvd: Feb 14, 2023                           Form ID: 195                                       Total Noticed: 1

CANDYCE I. SMITH-SKLAR
                    on behalf of Joint Debtor Robin C Kix mail@njpalaw.com  r56958@notify.bestcase.com

CANDYCE I. SMITH-SKLAR
                    on behalf of Debtor George L Kix mail@njpalaw.com  r56958@notify.bestcase.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com

JILLIAN NOLAN SNIDER
                    on behalf of Defendant PNC BANK  N.A. S/B/M TO NATIONAL CITY BANK jsnider@fbtlaw.com, agilbert@tuckerlaw.com

JILLIAN NOLAN SNIDER
                    on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, agilbert@tuckerlaw.com

KEITH D. SKLAR
                    on behalf of Debtor George L Kix njpalaw@gmail.com  r56958@notify.bestcase.com

KEITH D. SKLAR
                    on behalf of Plaintiff George L Kix njpalaw@gmail.com  r56958@notify.bestcase.com

KEITH D. SKLAR
                    on behalf of Plaintiff Robin C Kix njpalaw@gmail.com  r56958@notify.bestcase.com

KEITH D. SKLAR
                    on behalf of Joint Debtor Robin C Kix njpalaw@gmail.com  r56958@notify.bestcase.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY
                    on behalf of PROF-2013-S3 LEGAL TITLE TRUST II  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE
                    TRUSTEE cdigianantonio@rascrane.com

THOMAS SONG
                    on behalf of Creditor Prof-2013-S3 Legal Title Trust II  et al tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 13


George L Kix and Robin C Kix                     : Case No. 17−14162−mdc
            Debtor(s)


### *ORDER*
_____


    AND NOW, this day , February 14, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                        By The Court

                                        Magdeline D. Coleman
                                        Chief Judge , United States Bankruptcy Court