**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Robin C. Kix**<br>**George L. Kix**<br>      **Debtor(s)**<br><br>**U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust**<br>      **Movant**<br>  vs.<br><br>**Robin C. Kix**<br>**George L. Kix**<br>      **Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>      **Trustee** | **BK NO. 17-14162 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 29** |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 13, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robin C. Kix
5301 Downs Run
Pipersville, PA 18947

George L. Kix
5301 Downs Run
Pipersville, PA 18947

Attorney for Debtor(s)
KEITH D. SKLAR, Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
CANDYCE I. SMITH-SKLAR, Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: September 13, 2022

            **/s/Rebecca A. Solarz Esquire**
            Rebecca A. Solarz Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            215-825-6327
            rsolarz@kmllawgroup.com